JAMES WINSTON GLEAVE
California State Bar # 102977
1901 First Avenue, Suite 310
San Diego, CA 92101
Email: jim@jwglaw.com
Tel: (619) 238-0677
Fax: (619) 238-4559

Attorney for Defendant JACOB TELLAECHE

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

**(Honorable WILLIAM Q. HAYES, Judge)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB TELLAECHE (5),<br><br>Defendant. | CASE NO. 07CR2985-005-WQH<br><br>**EXPARTE APPLICATION FOR ORDER ALLOWING COPY CONNECTION TO BILL THE COURT FOR THEIR SERVICES** |

I, JAMES WINSTON GLEAVE, declare:

On January 4, 2008, I was appointed by the court to represent JACOB TELLAECHE in the above-captioned matter. This case involves a complex investigation by the United States, which I am informed resulted in discovery exceeding 60,000 pages to date according to statements made by the government in court. It is anticipated that this court will declare the case complex. Although defense counsel must review this discovery to provide competent representation, the discovery will cost several thousand dollars. Mr. TELLAECHE requests that this court order that Copy Connection may bill the court directly for this discovery.

I have attached three pages as an exhibit consisting of three (3) invoices from Copy Connection for discovery that is presently available and request that this court authorize the payment of costs up to the amount of $4,933.07, payable directly to Copy connection upon receipt of their CJA-21 voucher. When further discovery is available counsel will provide the court with additional requests for authorization.

Respectfully submitted,

Dated: January 23, 2008

/s/ James Winston Gleave
James Winston Gleave,
Attorney for JACOB TELLAECHE

C:\WP\2286\DISCOVERYFUNDSexparte.wpd