**COPY connection**

# FAX DISCOVERY ORDER # 1- 4B

## U.S. v CHAVEZ-CHAVEZ, et al.

1010 Second Avenue
Suite 135-A
San Diego, CA 92101
Phone: 619-235-6975
FAX (619) 595-7841

CASE # 07cr1407-WQH; 07cr1408-WQH; 07cr2985-WQH
DATE: ~~1/09/08~~ 1/22/08

Defendant: Jacob Tellache

Please be advised that our company has possession of discovery materials from:
AUSA MICHAEL CROWLEY
We are ready to begin the duplication & distribution process of discovery materials.
The law office of James Gleave hereby orders from Copy Connection the below items, as indicated by signature of attorney or authorized agent:

*Please check YES or NO, SIGN, & FAX TO (619) 595-7841*

| Quantity | Discovery Materials | Price | YES | NO |
|---|---|---|---|---|
| APPROX. 866 @ 8 ct/pg. | ORDER # 1 - DOCUMENTS | $ 69.28* | | |
| 8 @ $ 10.00 each | ORDER # 1 - COMPACT DISKS | $ 80.00* | | |
| 8 @ $ 10.00 each | ORDER # 2 – LINE SHEETS ON CD - OCR | $ 80.00* | | |
| Approx. 22,844 pg @ 8 ct/pg | ORDER # 2 – PRINT UP LINE SHEETS | $ 1,827.52* | | |
| 1 @ $ 10.00 each | ORDER # 3– LINE SHEETS ON CD - OCR | $ 10.00* | | |
| 1 @ $ 10.00 each | ORDER # 3 – AUDIO ON CD | $ 10.00* | | |
| Approx. 11,161 pg @ 8 ct/pg | ORDER # 3 – PRINT UP LINE SHEETS | $ 892.88* | | |
| Approx. 396 pg @ 15 ct/pg | ORDER # 4B – (BALANCE OF # 4) HARD COPY OF DOC'S + SCAN TO DISK + OCR | $ 59.40* | | |

* Note: Sales Tax Additional * Delivery is Free to downtown San Diego area if order is over $ 100.00

My signature indicates that I understand and agree that I cannot cancel this order and that I am responsible for full payment (C.O.D.) on the items that I have ordered. In any action to enforce the terms of this agreement, the prevailing party shall be entitled to recover reasonable attorney's fees, court costs, and other non-reimbursable litigation expenses; such as expert witness fees and investigation expenses.

Signature of Attorney or Authorized Agent: ______________________ Date ________

Print or Type Name: ______________________

**COPY connection**

# FAX DISCOVERY ORDER # 5
## U.S. v CHAVEZ-CHAVEZ, et al.

1010 Second Avenue
Suite 135-A
San Diego, CA 92101
Phone: 619-235-6975
FAX (619) 595-7841

**CASE # 07cr1407-WQH; 07cr1408-WQH; 07cr2985-WQH**
**DATE:** ~~01/09/08~~ 1/22/08

Defendant: Jacob Jellaeche

Please be advised that our company has possession of discovery materials from:
AUSA MICHAEL CROWLEY

We are ready to begin the duplication & distribution process of discovery materials.

The law office of James Gleave hereby orders from Copy Connection the below items, as indicated by signature of attorney or authorized agent:

*Please check YES or NO, SIGN, & FAX TO (619) 595-7841*

| Quantity | Discovery Materials | Price | YES | NO |
|---|---|---|---|---|
| Approx. 251 pg @ 15 cents per page | DISCOVERY DOCUMENTS Wire Orders, Applications, Search Warrants, etc. "HARD" COPY + SCANNED TO DISK (OCR) | $ 37.65* | | |
| 3 @ $10.00 each | LINE SHEETS ON COMPACT DISKS IN WORD SEARCHABLE FORMAT* | $ 30.00* | | |
| Approx. 19,953 pages @ 8 cents per page | OPTION TO PRINT LINE SHEETS FROM COMPACT DISKS | $ 1,596.24* | | |
| 1 @ $ 10.00 each | AUDIO ON CD | $ 10.00* | | |

* Note: Sales Tax Additional * Delivery is Free to downtown San Diego area if order is over $ 100.00

My signature indicates that I understand and agree that I cannot cancel this order and that I am responsible for full payment (C.O.D.) on the items that I have ordered. In any action to enforce the terms of this agreement, the prevailing party shall be entitled to recover reasonable attorney's fees, court costs, and other non-reimbursable litigation expenses; such as expert witness fees and investigation expenses.

Signature of Attorney or Authorized Agent: ______________________ Date____________

Print or Type Name: ______________________________

* We originally thought that the line sheets were scanned documents that needed to be OCR'd in order to be word searchable. We have since discovered that they are text documents and are by nature word searchable, so we have amended this order, removing the charge to OCR the line sheets. In addition, we have added a CD with audio to this order form. This Amended Order Form # 5 replaces the previous one. If you have already returned the previous Order Form # 5, please sign, date & fax this one to us @ 619-595-7841. Thank you!

**COPY connection**

# FAX DISCOVERY ORDER # 4A
## U.S. v CHAVEZ-CHAVEZ, et al.

1010 Second Avenue
Suite 100-B & 130-B
San Diego, CA 92101
Phone: 619-235-6975
FAX (619) 595-7841

CASE # 07cr2985-WQH
DATE: ~~12/05/07~~ 1/22/08

Defendant: Jacob Tellaeche

Please be advised that our company has possession of discovery materials from:
AUSA MICHAEL CROWLEY

We are ready to begin the duplication & distribution process of discovery materials.

The law office of James Gleave hereby orders from Copy Connection the below items, as indicated by signature of attorney or authorized agent:

*Please check YES or NO, SIGN, & FAX TO (619) 595-7841*

| Quantity | Discovery Materials | Price | YES | NO |
|---|---|---|---|---|
| Approx. 1,534 pg @ 12 cents per page | **DISCOVERY DOCUMENTS "HARD" COPY + SCANNED TO DISK** | $ 184.08* | | |
| Approx. 1,534 pg @ 3 cents per page | **Option available: OCR of documents listed above – this option is in addition to the cost of scanning the documents** | $ 46.02* | | |

* Note: Sales Tax Additional
* Delivery is Free to downtown San Diego area if order is over $ 100.00

My signature indicates that I understand and agree that I cannot cancel this order and that I am responsible for full payment (C.O.D.) on the items that I have ordered. In any action to enforce the terms of this agreement, the prevailing party shall be entitled to recover reasonable attorney's fees, court costs, and other non-reimbursable litigation expenses; such as expert witness fees and investigation expenses.

Signature of Attorney or Authorized Agent: ______________________ Date__________

Print or Type Name: ______________________