JAMES WINSTON GLEAVE
California State Bar # 102977
1901 First Avenue, Suite 310
San Diego, CA 92101
Email: jim@jwglaw.com
Tel: (619) 238-0677
Fax: (619) 238-4559

Attorney for Defendant JACOB TELLAECHE

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

**(Honorable WILLIAM Q. HAYES, Judge)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JACOB TELLAECHE (5),<br>Defendant. | CASE NO. 07CR2985-005-WQH<br><br>**CERTIFICATE OF SERVICE** |

Counsel for Defendant certifies that the foregoing **EXPARTE APPLICATION FOR ORDER ALLOWING COPY CONNECTION TO BILL THE COURT FOR THEIR SERVICES** and exhibits consisting of 3 invoices from Copy Connection, pleadings are true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served on all parties via CM/ECF this day, except: None.

Dated: January 23, 2008

/s/ James Winston Gleave
James Winston Gleave,
Attorney for JACOB TELLAECHE