JAMES WINSTON GLEAVE
California State Bar # 102977
1901 First Avenue, Suite 310
San Diego, CA 92101
Email: jim@jwglaw.com
Tel: (619) 238-0677
Fax: (619) 238-4559

Attorney for Defendant JACOB TELLAECHE

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

**(Honorable WILLIAM Q. HAYES, Judge)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB TELLAECHE (5),<br><br>Defendant. | CASE NO. 07CR2985-005-WQH<br><br>**NOTICE OF MOTIONS AND MOTIONS TO:**<br><br>**1) COMPEL FURTHER DISCOVERY; AND**<br><br>**2) LEAVE TO FILE FURTHER MOTIONS**<br><br>**Status Hearing scheduled for**<br>**Date: February 1, 2008**<br>**Time: 1:00 p.m.** |

**TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND TIMMOTHY F. SALEL, ASSISTANT UNITED STATES ATTORNEY**

**PLEASE TAKE NOTICE** that on Friday, February 1, 2008 at 1:00 p.m., or as soon thereafter as counsel may be heard, the defendant, JACOB TELLAECHE, by and through his counsel, James Winston Gleave, will move this court to grant the above-entitled motions.

///

///

# **MOTIONS**

The defendant, JACOB TELLAECHE, by and through his counsel, James Winston Gleave, and pursuant to Rules 6(e), 12 and 16 of the Federal Rules of Criminal Procedure and the Fourth, Fifth and Sixth Amendments to the Constitution of the United States, and all applicable local rules, hereby moves this court to:

1) compel further discovery; and

2) leave to file further motions.

These motions are based upon the attached memorandum, the files and records in the above-captioned case, and any and all evidence brought before this court before or during the hearing on these motions.

Respectfully submitted,

Dated: January 24, 2008

/s/ James Winston Gleave
James Winston Gleave,
Attorney for JACOB TELLAECHE

C:\WP\2286\DiscoveryMotionNOTICE.wpd