JAMES WINSTON GLEAVE
California State Bar # 102977
1901 First Avenue, Suite 310
San Diego, CA 92101

Tel: (619) 238-0677
Fax: (619) 238-4559
email: jim@jwglaw.com

Attorney for Defendant JACOB TELLAECHE

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

**(Honorable William Q. Hayes, Judge)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JACOB TELLAECHE (5),<br>Defendant. | ) | CASE NO. 07CR2985-005-WQH<br><br>**CERTIFICATE OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served on all parties via CM/ECF this day, except: None

Dated: January 24, 2008

/s/James Winston Gleave
_____________
James Winston Gleave
Attorney for Defendant,
JACOB TELLAECHE

C:\WP\2286\ProofService1.wpd