JAMES WINSTON GLEAVE
California State Bar # 102977
1901 First Avenue, Suite 310
San Diego, CA 92101
Email: jim@jwglaw.com
Tel: (619) 238-0677
Fax: (619) 238-4559

Attorney for Defendant JACOB TELLAECHE

FILED
JAN 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

**(Honorable WILLIAM Q. HAYES, Judge)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JACOB TELLAECHE (5),<br>Defendant. | CASE NO. 07CR2985-005-WQH<br><br>**ORDER ALLOWING COPY CONNECTION TO BILL THE COURT FOR THEIR SERVICES** |

**ORDER**

FOR GOOD CAUSE APPEARING, authorization is made for the direct payment to Copy Connection, 1010 Second Avenue, Suite 130B, San Diego, CA 92101 for costs up to the amount of $4,933.07.

Dated: 1/29/08

[signature]
**WILLIAM Q. HAYES**
United States District Judge